UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:22-mj-53

**Charles Asumadu**

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 2/1/2022 |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Peter Glenn-Applegate |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: | | Pretrial/Probation | Daniela Escamilla H |

Initial Appearance

-Dft consents to hearing being held via video (COVID 19)
-CJA completed, counsel appointed
-Dft advised of rights, charges, and potential penalties
-Preliminary Hearing set for 2/15/2022 at 11:30 AM
-Govt advised of Due Process Protections Act Order
-Dft released on O/R Bond