IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | CASE NO. 2:22-mj-00053 |
| vs. | : | |
| | : | |
| CHARLES ASUMADU, Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant, Charles Asumadu, through undersigned counsel, hereby gives notice of substitution of counsel pursuant to Local Rule 83.4(c)(3). Adam G. Burke is appearing as counsel and Stacey MacDonaldt is withdrawing as counsel in this proceeding.

/s/ **Adam G. Burke**
ADAM G. BURKE
Attorney for Defendant
Supreme Court No. 0083184
625 City Park Ave
Columbus, Ohio 43206
(614) 280-9122
burke142@gmail.com

/s/ **Stacey MacDonald**
sTACEY MADONALD

CHARLES ASUMADU

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true copy of the foregoing Notice of Substitution of Counsel upon all parties of record by action of the Court's CM/ECF filing system on this 10th day of February 2022.

/s/ **Adam G. Burke**
ADAM G. BURKE
Attorney for Defendant