AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
CHARLES ASUMADU

Defendant

Case No. 2:22-mj-00053

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 02/13/2022

_X [signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Adam Burke
Printed name and bar number of defendant's attorney

625 City Park Ave Cols OH 43206
Address of defendant's attorney

burke142@gmail.com
E-mail address of defendant's attorney

614-280-9122
Telephone number of defendant's attorney

614-556-4988
FAX number of defendant's attorney