## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CASE NO. 2:22-MJ-53** |
| v. | |
| **CHARLES ASUMADU,** | |
| **Defendant.** | |

### JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED

The United States of America and Defendant Charles Asumadu (collectively, the "Parties") jointly move this Court for an order extending the time for the return of an indictment or information pursuant to 18 U.S.C. § 3161(b) from March 3, 2022, to April 1, 2022. The Defendant is aware of his right to timely filing of an indictment or information, afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion. The Parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Parties have discussed this matter and believe that pre-indictment resolution of the matter may be possible. There are additional issues that need to be further discussed prior to resolution of the case. Furthermore, if pre-indictment resolution were to occur, additional time would be needed to negotiate and prepare the appropriate paperwork. The Parties are not able to conclude these discussions by the date which the indictment or information currently must be filed. The Parties have exercised and continue to exercise due diligence in reaching a prompt resolution of this matter, but request an extension of the § 3161(b) deadline.

For these reasons, the Parties request an extension of the time within which an indictment or information may be filed in this case until April 1, 2022.

    Respectfully submitted,

    KENNETH L. PARKER
    UNITED STATES ATTORNEY

    s/Peter K. Glenn-Applegate
    PETER K. GLENN-APPLEGATE (0088708)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    Phone No.: (614) 469-5715
    Fax No.: (614) 469-2200
    Email: peter.glenn-applegate@usdoj.gov

    s/Adam G. Burke by s/Peter K. Glenn-Applegate per email authorization on 02/14/2022
    ADAM G. BURKE
    Counsel for the Defendant
    625 City Park Avenue, Suite 200A
    Columbus, Ohio 43206
    Phone No: (614) 280-9122
    Email: burke142@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion for Extension of Time was electronically served this 14th day of February, 2022, on all counsel of record.

    s/Peter K. Glenn-Applegate
    PETER K. GLENN-APPLEGATE (0088708)
    Assistant United States Attorney