# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **CASE NO. 2:22-MJ-53** |
| v. | |
| **CHARLES ASUMADU,** | |
| Defendant. | |

## JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED

The United States of America and Defendant Charles Asumadu (collectively, the "Parties") jointly move this Court for an order extending the time for the return of an indictment or information pursuant to 18 U.S.C. § 3161(b) from April 1, 2022, to May 16, 2022. The Defendant is aware of his right to timely filing of an indictment or information, afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion. The Parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Parties have discussed this matter and believe that pre-indictment resolution of the matter may be possible. There are additional issues that need to be further discussed prior to resolution of the case. Furthermore, if pre-indictment resolution were to occur, additional time would be needed to negotiate and prepare the appropriate paperwork. The Parties are not able to conclude these discussions by the date which the indictment or information currently must be filed. The Parties have exercised and continue to exercise due diligence in reaching a prompt resolution of this matter, but request an extension of the § 3161(b) deadline.

For these reasons, the Parties request an extension of the time within which an indictment or information may be filed in this case until May 16, 2022.

> Respectfully submitted,
>
> KENNETH L. PARKER
> UNITED STATES ATTORNEY
>
> s/Peter K. Glenn-Applegate
> PETER K. GLENN-APPLEGATE (0088708)
> Assistant United States Attorney
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215
> Phone No.: (614) 469-5715
> Fax No.: (614) 469-2200
> Email: peter.glenn-applegate@usdoj.gov
>
> s/Adam G. Burke by s/Peter K. Glenn-Applegate per email authorization on 03/11/2022
> ADAM G. BURKE
> Counsel for the Defendant
> 625 City Park Avenue, Suite 200A
> Columbus, Ohio 43206
> Phone No: (614) 280-9122
> Email: burke142@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion for Extension of Time was electronically served this 28th day of March, 2022, on all counsel of record.

> s/Peter K. Glenn-Applegate
> PETER K. GLENN-APPLEGATE (0088708)
> Assistant United States Attorney