UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  **Plaintiff,**  v.  **CHARLES ASUMADU,**  **Defendant.** | **CASE NO. 2:22-MJ-53** |

**JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED**

The United States of America and Defendant Charles Asumadu (collectively, the "Parties") jointly move this Court for an order extending the time for the return of an indictment or information pursuant to 18 U.S.C. § 3161(b) from June 30, 2022, to August 12, 2022. The Defendant is aware of his right to timely filing of an indictment or information, afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion. The Parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Parties have discussed this matter and believe that pre-indictment resolution of the matter may be possible. There are additional issues that need to be further discussed prior to resolution of the case. Furthermore, if pre-indictment resolution were to occur, additional time would be needed to negotiate and prepare the appropriate paperwork. The Parties are not able to conclude these discussions by the date which the indictment or information currently must be filed. The Parties have exercised and continue to exercise due diligence in reaching a prompt resolution of this matter, but request an extension of the § 3161(b) deadline.

For these reasons, the Parties request an extension of the time within which an indictment or information may be filed in this case until August 12, 2022.

        Respectfully submitted,

        KENNETH L. PARKER
        UNITED STATES ATTORNEY

        s/Peter K. Glenn-Applegate
        PETER K. GLENN-APPLEGATE (0088708)
        Assistant United States Attorney
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215
        Phone No.: (614) 469-5715
        Fax No.: (614) 469-2200
        Email: peter.glenn-applegate@usdoj.gov

        s/Adam G. Burke by s/Peter K. Glenn-Applegate per telephone authorization on 06/22/2022
        ADAM G. BURKE
        Counsel for the Defendant
        625 City Park Avenue, Suite 200A
        Columbus, Ohio 43206
        Phone No: (614) 280-9122
        Email: burke142@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion for Extension of Time was electronically served this 24th day of June, 2022, on all counsel of record.

        s/Peter K. Glenn-Applegate
        PETER K. GLENN-APPLEGATE (0088708)
        Assistant United States Attorney