**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                    Case No. 2:22-CR-143

Charles Asumadu

_____

<u>**NOTICE OF HEARING**</u>

TAKE NOTICE that a **Arraignment on Information** is scheduled for **October 19, 2022** at **2:00 PM.** This hearing will be held before the **Honorable Norah McCann King**. Unless requested by the Defendant or Counsel for an in person hearing this hearing will be conducted by GoTo Meeting.

    **\*\*\*Please find attached to this notice Waiver
and Consent Forms which, if applicable, should
be executed prior to the hearing date. Failure
to execute forms may result in a continuance of
this hearing.**

Dated October 13, 2022

                                        NORAH MCCANN KING
                                        UNITED STATES MAGISTRATE JUDGE

                                        <u>*/s/ Spencer Harris*</u>
                                        By: Spencer Harris, Courtroom Deputy
                                        614.719.3027
                                        spencer_harris@ohsd.uscourts.gov