Judge King

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/894500789

**You can also dial in using your phone.**
United States: +1 (646) 749-3122

**Access Code:** 894-500-789

**Join from a video-conferencing room or system.**
Dial in or type: 67.217.95.2 or inroomlink.goto.com
Meeting ID: 894 500 789
Or dial directly: 894500789@67.217.95.2 or 67.217.95.2##894500789

New to GoToMeeting? Get the app now and be ready when your first meeting starts: https://global.gotomeeting.com/install/894500789