IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| CHARLES ASUMADU, | | |
| Plaintiff, | : | CASE NO. 2:22-cr-00143 |
| | | |
| vs. | : | JUDGE GRAHAM |
| | | |
| | : | MAGISTRATE JUDGE MCCANN |
| UNITED STATES OF AMERICA, | | |
| Defendant. | : | |

## MOTION TO CONTINUE PLEA HEARING

Defendant, Charles Asumadu, through undersigned counsel, respectfully requests this Court continue the plea hearing presently scheduled for tomorrow, Wednesday, October 18, 2022 at 2:00 p.m. The reasons for this request are set forth in full in the memorandum in support below.

Respectfully submitted,

/s/ Adam G. Burke
Adam G. Burke  (0083184)
Attorney for Defendant
625 City Park Ave
Columbus, Ohio 43206
(614) 280-9122
burke142@gmail.com

**<u>MEMORANDUM IN SUPPORT</u>**

Defendant, Charles Asumadu, through undersigned counsel, respectfully requests this Court continue the plea hearing presently scheduled for tomorrow, Wednesday, October 18, 2022 at 2:00 p.m.

Earlier today, the undersigned contacted Defendant Charles Asumadu to confirm his availability for his plea hearing tomorrow afternoon. The Defendant advised his employer is being audited by the State of Ohio/Medicare/Medicaid regulators who are in the company office between 6:00 a.m. and 6:00 p.m. until next Friday.

Moreover, the undersigned did not notice the Court's scheduling order when it went through on Thursday until receiving other related notices today. Otherwise, the undersigned would have reached to Defendant Asumadu sooner.

The Government has no objection to this request.

The Defendant respectfully requests a continuance of two weeks. The undersigned is unavailable on November 1, 2022 and November 10, 2022.

For the foregoing reasons the Defendant respectfully requests a continuance of the plea hearing presently scheduled for tomorrow, Wednesday, October 18, 2022 at 2:00 p.m.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that he served a true copy of the foregoing Motion to Continue Plea Hearing upon all parties of record by action of the Court's CM/ECF filing system on this 18th day of October 2022.

<u>/s/ Adam G. Burke</u>
Adam G. Burke  (0083184)
Attorney for Defendant