**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                     Case No.  2:22-CR-143

Charles Asumadu

_____

### RE-NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Information** is rescheduled for **November 2, 2022** at **10:00 AM.** This hearing will be held before the **Honorable Norah McCann King**. Unless requested by the Defendant or Counsel for an in person hearing this hearing will be conducted by GoTo Meeting.

    **\*\*\*Please find attached to this notice Waiver
and Consent Forms which, if applicable, should
be executed prior to the hearing date. Failure
to execute forms may result in a continuance of
this hearing.**

Dated October 20, 2022

                                       NORAH MCCANN KING
                                       UNITED STATES MAGISTRATE JUDGE

                                       _/s/ Spencer Harris_
                                       By: Spencer Harris, Courtroom Deputy
                                       614.719.3027
                                       spencer_harris@ohsd.uscourts.gov