AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
__Southern_____ District of _____Ohio___

| | |
|---|---|
| United States of America<br>v.<br><br>_Defendant_ | )<br>) Case No.<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_Defendant's signature_

_Signature of defendant's attorney_

_Printed name of defendant's attorney_

_Judge's signature_

_Judge's printed name and title_