**CONSENT TO VIDEO CONFERENCE**

I, _Charles Asumadu_, as the defendant in the case captioned United States v. _Charles Asumadu_, Case No. _2:22-cr-143_, after being advised by counsel of my right to be physically present during certain hearings and proceedings in this case, do hereby consent and request that those hearings and proceedings be conducted by video conference, as indicated below.

___ Initial Appearance

___ Detention Hearing

___ Preliminary Hearing

_X_ Arraignment / Plea Hearing

DATED: _11/2/2022_

NAME: _Charles Asumadu_

COUNSEL: _Alan B. ___