AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
__Southern__ District of __Ohio__

United States of America  
v.  
__Charles Asumadu__  
Defendant

Case No. 2:22-cr-143

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __11/2/2022__

_____  
Defendant's signature

_____  
Signature of defendant's attorney

__Adam Burke__  
Printed name of defendant's attorney

__Norah McCann King__  
Judge's signature

__Norah McCann King U.S. Magistrate Judge__  
Judge's printed name and title