UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-  Case No.  2:22-cr-143

**Charles Asumadu**

COURTROOM MINUTES
ARRAIGNMENT ON INFORMATION

| JUDGE: | Norah McCann King | DATE AND TIME: | 11/2/22 @ 10:00 AM |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | P Glenn-Applegate |
| COURT SMART | L DuFour | COUNSEL FOR DEFT(S). | A Burke |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | |

Dft consents to appear by video
Dft appeared with counsel and consents
to plead before a US Magistrate Judge;
Dft waives Indictment; Dft pleads GUILTY
to count 1 ; RR to be issued
PSI to be ordered; Dft to remain
on Bond pending sentencing;

 Court adjourn.