**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

    **vs.**　　　　　　　　　　　　　　　　　　**2:22-cr-143**
　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE JAMES L. GRAHAM**
**CHARLES ASUMADU**

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act, H.R.748 § 15002 *et seq*, and in accordance with this Court's General Orders, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video/teleconferencing to conduct the proceeding held this date.

Accordingly, the proceeding held this date may be conducted by:

__X__ video teleconference

____ teleconference, because videoconferencing is not reasonably available for the following reasons:

    ____ that the defendant is detained at a facility that is lacking video teleconferencing capability.

    ____ other.

　　　　　　　　　　　　　　　　　　　　*s/ Norah McCann King*
　　　　　　　　　　　　　　　　　　　　**Norah McCann King**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

**DATED: November 2, 2022**

1