IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                                                                                 2:22-cr-143

Charles Asumadu

## ORDER

Defendant's motion to extend the time to file objections to the initial Presentence Investigation Report (Doc. 37) is GRANTED. The final Presentence Investigation Report is now due on March 10, 2023.

Date: January 17, 2023                                                    s/ James L. Graham
                                                                                          James L. Graham
                                                                                         United States District Judge