**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America**

        vs.

**Charles Asumadu**

<u>**NOTICE**</u>

Case No. 2:22-cr-143-1

**JUDGE GRAHAM**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | United States District Court | **COURTROOM # 148** |
|---|---|---|
|  | Joseph P. Kinneary U.S. Courthouse |  |
|  | 85 Marconi Boulevard | **APRIL 7, 2023 @ 1:30 P.M.** |
|  | Columbus, Ohio 43215 |  |

TYPE OF PROCEEDING: <u>**SENTENCING HEARING**</u>

**\*\*** *The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing. The memorandum shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

                                          **JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE**

DATE:    March 9, 2023

                                          /s /    Denise M Shane
                                          (By) Denise M Shane, Deputy Clerk

To: Counsel served electronically via CM/ECF
      United States Probation