United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

**Charles Asumadu**                    Case No. 2:22-cr-143-1

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge James L. Graham | | Date:  June 2, 2023 @ | 1:35 p.m. – 2:15 p.m. |
|---|---|---|---|
| **Deputy Clerk** | **Denise Shane** | **Counsel for Govt:** | **Peter K. Glenn-Applegate** |
| **Court Reporter** | **Allison Kimmel** | **Counsel for Deft(s):** | **Adam G. Burke** |
| **Interpreter** | | **Pretrial/Probation:** | **Schal Boucher** |
| **Log In** | **n/a** | **Log Out** | **n/a** |

Sentenced to 24 months
3 years SR
$100 SPA
$744,815.30 in Rest.

*Provide fnancials
*No new credit, or open new credit without prior approval
*Forfeiture
*Waive Urine Screenings
60 Days Self-Surrender
Reco Morgantown WV